[No. 21749-3-III. Division Three. October 24, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL CHRISTOPHER CANFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 01-1-00178-0, Evan E. Sperline, J., entered January 7, 2003. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Kulik, J.

[No. 24056-8-III. Division Three. October 24, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN WAYNE BEALE, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 03-1-00806-3, Evan E. Sperline, J., entered March 22, 2005. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Kulik, J.

[No. 24083-5-III. Division Three. October 24, 2006.]

EDDIE L. MILLER, *Appellant*, v. THE STATE OF WASHINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Stevens County, No. 04-2-00350-2, Rebecca M. Baker, J., entered April 21, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Kato, J., concurred in by Schultheis, A.C.J., and Kulik, J.

[No. 24121-1-III. Division Three. October 24, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES THOMAS III, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 05-1-00011-0, Robert L. Zagelow, J., entered April 11, 2005. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Brown and Kulik, JJ.